## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Cyril Pereira, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (the "ATF"). I am empowered to investigate and make arrests for the offenses set forth in 18 U.S.C. § 2516. As such, I am an "Investigative or law enforcement officer" within the meaning of 18 U.S.C.§ 2510(7).

2. I previously worked as a Customs and Border Protection Officer assigned to the Tactical Terrorism Response Team at John F. Kennedy International Airport from 2011 to 2018. My duties included, but were not limited to, coordinating efforts with the Joint Terrorism Task Force to conduct interviews of terror suspects and known members of the Terrorist Watchlist as they traveled internationally.

3. I am currently assigned to the ATF Puerto Rico Group II Field Office in the Miami Field Division and have been so employed since October 2018. As a Special Agent with the ATF. I conduct criminal investigations concerning the alleged violations of federal laws and violent crimes. In this capacity, I have been involved in the investigations of multiple cases. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. I am familiar and have participated in various methods of investigations, including, but not limited to: electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses, and use of toll records and subscribers information. I possess a bachelor's degree in criminal justice and a master's degree in public administration.

4. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other law enforcement officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that **Kevin COLON De JESUS** violated Title 18, United States Code, Section 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking), Title 21, United States Code, Section 841(a)(1) (possession with the intent to distribute crack cocaine and marijuana). Therefore, I have not included all the facts of this investigation.

**FACTS SUPPORTING PROBABLE CAUSE**

5. On September 3, 2025, at approximately 5:50 p.m., ATF consulted a case with agents from the Puerto Rico Police Department (PRPD), Narcotics Department in Manati, Puerto Rico.

6. According to PRPD, on September 3, 2025, the PRPD Narcotics Unit from the precinct of Manati had an Operation Plan to conduct surveillance at various known drug points in the area. At approximately 8:15 a.m., a PRPD surveillance unit arrived in the area of the "Residencial Florida Housing Complex (RFHC)," located in the municipality of Florida, PR. One of the members of the surveillance unit was on foot, in a wooded area, near the border of RFHC, along a chain link fence, when he observed a grey Ford F-150 pickup truck. The PRPD surveillance unit observed the driver of the F-150 make what appeared to be multiple drug transactions within a short period of time. The surveillance units described the driver of the F-150 as a heavyset male, with black shorts, a dark shirt, and tanned skin.

7. Shortly after, another suspected drug buyer was observed approaching the driver of the Ford F-150. The suspected buyer was observed being punched and "pistol whipped" by the driver. The PRPD agent who observed this physical assault relayed this information over his police radio to the other surveillance units.

8. Subsequently, PRPD units blocked in the F-150 in its parking spot in front of Building B in RFHC. The driver of the F-150 entered his vehicle and ignored the PRPD's commands to exit the vehicle. After approximately ten (10) minutes, PRPD agents broke the rear-passenger window of the F-150 and extracted the driver, who was sitting in the rear-passenger seat and matched the description of the individual who was earlier observed to be conducting suspected drug sales and assaulting the potential drug buyer.

9. After the driver, who was later identified as **Kevin COLON DE JESUS**, was placed under arrest, he spontaneously thanked the PRPD for not shooting him and took ownership of everything that was in the F-150. During the search-incident-to-arrest, PRPD agents observed an opened, black in color lunch bag with suspected narcotics on the driver's seat. Also on the driver's seat were additional plastic bags of suspected crack cocaine and a Glock pistol, model 19X, 9mm caliber, bearing the serial number BRUL608, loaded with a total of nineteen (19) rounds of 9mm ammunition, along with an additional extended thirty-one (31) round-capacity pistol magazine, loaded with eight (8) rounds of 9mm ammunition. PRPD agents also discovered an additional thirty-one (31) round capacity magazine which was loaded with thirty (30) rounds of 9mm ammunition.

10. In the rear floorboard of the F-150, PRPD agents discovered additional plastic bags containing suspected crack cocaine, one (1) plastic bag containing suspected marijuana in

baggies, two (2) scanner radios which are typically used by drug dealers to communicate and three (3) cellular phones.

11. In the center console, PRPD agents discovered $300.00 USD. PRPD seized additional USD from various locations in the vehicle, totaling $1,072.00 USD. An additional cellular phone was seized from the person of COLON DE JESUS.

12. The PRPD seized the following items from their arrest of COLON DE JESUS:

- One (1) Glock pistol, model 19X, 9mm, bearing the serail number BRUL608;
- Three (3) high-capacity pistol magazines;
- Fifty-eight (58) rounds of 9mm ammunition;
- Three-hundred and forty-seven (347) vials containing suspected crack cocaine;
- Two-hundred and forty-three (243) baggies containing suspected crack cocaine;
- Thirty-six (36) baggies containing suspected marijuana (with presence of fentanyl);
- Fifty-six (56) tablets of suspected prescription pills;
- Suspected drug ledger;
- Drug paraphernalia and packaging material;
- $1,072.00 USD;
- Four (4) cellular phones;
- Two (2) scanner radios;
- One black lunch bag.



13. COLON DE JESUS was subsequently transported to the PRPD Precinct in Manati, PR where he was *Mirandized* again and interviewed by PRPD agents. COLON DE JESUS ultimately admitted that he assaulted an individual with his fists because he spoke disrespectfully about his mother. He again took ownership of everything that was found in the F-150.

14. ATF Task Force Officers (TFOs) arrived at the PRPD precinct in Manati, PR at approximately 8:20 p.m. ATF TFOs *Mirandized* COLON DE JESUS once again and at approximately 8:31 p.m., ATF TFOs conducted an audio recorded interview of COLON DE JESUS. COLON DE JESUS again admitted to assaulting an individual who disrespected his mother. ATF TFOs asked whether COLON DE JESUS was armed when he was assaulting the individual and he responded "Yes." He explained that the firearm was in his waistband and that the firearm may have been visible while he was conducting the assault. COLON DE JESUS again, claimed ownership of all the items seized from the vehicle.

15. Puerto Rico systems check reveal that the Ford F-150 that was being operated by COLON DE JESUS is registered to him. PRPD conducted a field test on the suspected crack-cocaine which tested positive for the presence of cocaine. The marijuana was also field tested and tested positive for the presence of marijuana and fentanyl.

## **CONCLUSION**

16. Based on the above facts, I respectfully submit there is probable cause to believe that Kevin COLON DE JESUS Violated Title 18, <u>United States Code</u>, Section 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking), Title 21, <u>United States Code</u>, Section 841(a)(1) (possession with the intent to distribute crack cocaine and marijuana).

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

_____
CYRIL PEREIRA
Digitally signed by CYRIL PEREIRA
Date: 2025.09.04 15:38:31 -04'00'

Cyril X. Pereria
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn before me pursuant to FRCP 4.1 at 4:21 pm by telephone, this 4th day of September, 2025.

_____
Hon. Hector Ramos-Vega
United States Magistrate Judge
United States District Court
District of Puerto Rico